# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | *     CASE NO.: 2:19-cr-5 |
| | * |
| v. | * |
| | * |
| CHARLES HYDE, | * |
| | * |
| | * |

### ORDER

After conducting an independent and de novo review of the entire record in this matter, the Court concurs with and adopts the Magistrate Judge's Report and Recommendation, dkt. no. 286, recommending denial of Defendant's Motion to Suppress, dkt. no. 252. Defendant Charles Hyde, proceeding pro se, filed a Response, Objecting to the Magistrate Judge's Report and Recommendation, dkt. no. 297. The Court has read and considered the Magistrate Judge's Report and Recommendation and Defendant's Objections. Defendant's Objections are without merit. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **OVERRULES** Defendant's Objections, and **DENIES** Defendant's Motion in to Suppress, dkt. no. 252.

SO ORDERED, this 6 day of May, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA