# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA,       *

       *

       *       CASE NO.: 2:19-cr-5

v.       *

       *

CHARLES HYDE,       *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 397. Defendant Charles Hyde did not file Objections. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Defendant's Motion to Dismiss for Failure to Prosecute. Dkt. No. 387. The trial in this case shall commence on June 1, 2021.

SO ORDERED, this 25 day of May, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)