# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES HYDE,<br><br>    Defendant. | CR 219-005-2 |

### ORDER

    Before the Court is Defendant Charles Hyde's Petition for a Writ of Mandamus. Dkt. No. 522. Therein, Defendant appears to request the Court provide him with copies of "public records," including:

- a "DNA Bullet Report";
- "Forensics from the shooting"; and
- "Ballistics from House."

The Court is not in possession of any such records. Defendant's motion is therefore **DENIED**.

    **SO ORDERED**, this 10 day of September, 2024.

                                                    _____<br>
                                                  HON. LISA GODBEY WOOD, JUDGE<br>
                                                  UNITED STATES DISTRICT COURT<br>
                                                  SOUTHERN DISTRICT OF GEORGIA